AMERICAN SURETY COMPANY OF NEW YORK, Appellant, v. KASCO MILLS, INC.,

and Another, Defendants, Impleaded with CHARLES F. KIESER, Respondent.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, Merrell, O'Malley, Sherman and Townley, JJ.